154

## Theodore Karavidas, Appellant, v. Edward O'Dwyer, Appellee.

Gen. No. 43,937.

opinion
filed December 30, 1947; released for publication January 28, 1948.
Nathan Hoffberg, for appellant; Fithian, Spengler & Finnegan, for
appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.

## Helene Dudley, Appellant, v. Darwin C. Dudley, Appellee.

Gen. No. 43,946.

opinion filed December 30, 1947; released for publication
January 28, 1948. John Benedek and Stephen Lee, for appellant;
James W. Breen, for appellee. Opinion by JUSTICE SULLIVAN. Not to
be published in full.